# United States District Court
## Violation Notice

**CVB Location Code**
CA44

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBKI 001K | MEDLAR | 2380 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

FBKI001K

| Date and Time of Offense | Offense |
|---|---|
| 08/16/2020    13:30 | FED   36CFR   26110F |

Place of Offense

EMERALD POOLS

Offense Description: Factual Basis for Charge          HAZMAT ☐

VEHICLE PLACED IN A NO PARKING AREA..

## DEFENDANT INFORMATION          Phone: (          )

| Last Name | First Name | M.I. |
|---|---|---|
| DUVALL | WILLIAM JR | A |

Street Address

| City | State | Zip | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | | | |

| Drivers License No. | CDL ☐ | D.L. | Social Security No. |
|---|---|---|---|

☐ Adult ☐ Juvenile  Sex ☐ M ☐ F | Race | Hair | Eyes | Height ' " | Weight

## VEHICLE          VIN          CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

SEE INSTRUCTIONS (opposite).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

SEE INSTRUCTIONS (opposite).

| | | |
|---|---|---|
| | $150.00 | Forfeiture Amount |
| | $30.00 | Processing Fee |
| PAY THIS AMOUNT | $180.00 | Total Collateral |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

FBKI001K

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____August 16, 2020_____ while exercising my duties as a law

officer in the _____EASTERN_____ District of _____CA_____

Pursuant to 16USC 551: I state that on August 16th, 2020 at approximately 1330 hours while exercising my duties as a uniformed law enforcement officer in the Easter District of California, within the Tahoe National Forest, I, United States Forest Service Law Enforcement Officer Neil Medlar, patrolling Forest Road 18 (Bowman Lake Road), observed a vehicle that was parked in a spaced designated as "No Parking", and was an impediment to the convenience of any persons.

Through dispatch I identified the owner by California Vehicle License Plate 901428, as William Jr. DUVALL, who was not present. I cited DUVALL per 36 CFR 261.10(f) for "Placing a vehicle in such a manner that it is an impediment or hazard to the safety or convenience of any persons" and left the citation on the vehicle without further incident.

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed _____August 16, 2020_____

Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____

Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident